IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | MISC. ACTION NO. |
|     v. ) | 2:19mc3889-MHT |
| ) | (WO) |
| ROOT STAFF CORPORATION, ) | |
| Vero Beach, FL ) | |
| ) | |
|     Garnishee, ) | |
| ) | |
| MARCUS DUPREE HURRY, ) | |
| ) | |
|     Defendant. ) | |

ORDER

The government filed this garnishment action on August 15, 2019. While garnishee Root Staff Corporation apparently was served, *see* Acknowledgement of Service (doc. no. 7), it never filed an answer to the writ of garnishment, as required under 28 U.S.C. § 3205(c)(4). The government has not taken any action as a result of this failure. *See generally* 28 U.S.C. § 3205(c)(6). As a result, the court does not know whether the government is still pursuing this garnishment action, and has been unable to enter an

appropriate disposition order. *See* 28 U.S.C. § 3205(c)(7).

Therefore, it is ORDERED that the government show cause, if any there be, by October 8, 2020, as to why this case should not be dismissed without prejudice for failure to prosecute. In lieu of showing cause, the government may instead, by the above deadline, file an appropriate motion to advance or resolve this case.

DONE, this the 24th day of September, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**